**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JORDAN OLIVERAS,**

*Plaintiff,*

v. Case No.: 8:26-cv-1715-VMC-SPF

**CLARITY SERVICES, INC.,**

*Defendant.*
_________________________________/

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice, effective July 24, 2026, each party to bear its own costs and attorneys' fees.

Respectfully submitted on July 24, 2026.

/s/ *Bryan J. Geiger*
Bryan J. Geiger
Florida Bar Number: 119168
Seraph Legal, P. A.
3505 E. Frontage Rd., Ste. 145
Tampa, Florida 33607
(813) 321-2348
BGeiger@seraphlegal.com
Service@seraphlegal.com
*Counsel for Plaintiff*